IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUEST INTEGRITY USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1482 (SLR) |
| | ) | |
| CLEAN HARBORS INDUSTRIAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Plaintiff Quest Integrity USA, LLC's Responses to Defendant Clean Harbors Industrial Services, Inc.'s Request for Production of Documents* were caused to be served on February 13, 2015, upon the following in the manner indicated:

**BY E-MAIL**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
**farnan@rlf.com**

**BY E-MAIL**

Robert S. Rigg
Michael J. Turgeon
VEDDER PRICE
222 North LaSalle Street
Chicago, IL 60601
**rrigg@vedderprice.com**
**mturgeon@vedderprice.com**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Thomas C. Grimm (#1098)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
jtigan@mnat.com
*Attorneys for Quest Integrity USA, LLC*

OF COUNSEL:

Douglas A. Grady
John R. Nelson
Richard T. Black
Emily R. Kelly
Benjamin Hodges
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 447-4400

February 13, 2015
8821981